UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:13-CR-0332-01-S |
| | § | |
| STEVEN WING | § | |

## ORDER

The Court referred petitions alleging violations of the supervised release conditions to United States Magistrate Judge Scott Hacker for consideration pursuant to the applicable laws and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order.

At the close of June 9, 2017, final revocation hearing, Defendant, defense counsel, and counsel for the Government signed a standard form waiving their right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's Report, thus consenting to the revocation of supervised release and the imposition of the recommended sentence. Defendant also waived his right to be present and speak before the District Judge imposes the recommended sentence. The Government did not file any objections. Therefore, the Court may act on the Report immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and his Report is hereby **ADOPTED**. It is therefore **ORDERED** that the Defendant's plea of true to the first and second allegations as set forth in the petitions be **ACCEPTED**. Based upon the Defendant's plea of true to these allegations, the Court finds that Defendant violated the condition of his supervised release. It is further **ORDERED** that Defendant's supervised release be **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of

Prisons to be imprisoned for 6 months to serve. It is further **ORDERED** Defendant be placed back on supervised release until the original expiration date of April 12, 2019, under the same terms and conditions that were previously imposed, except that, when Defendant is released from the Bureau of Prison's custody, Defendant shall be placed in a reentry center for a period of 6 months in Laredo, Texas. Finally, it is **ORDERED** that Defendant's conditions of supervised release include the specific sex offender conditions of supervised release that were added through modification by the Court on April 26, 2016. Judgment and commitment will be entered separately in accordance with the Magistrate Judge's Report.

SIGNED this 19th day of June, 2017 at Laredo, Texas.

_____
GEORGE P. KAZEN
SENIOR UNITED STATES DISTRICT JUDGE